IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BART M. GRISSOM,

Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,

Defendant.

Case No. 21-cv-274 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 2/20/2024**        MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**